IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00112-CV

 

Julia P. Diaz, Individually and AS 

Representative of the Estate of 

Juan Diaz, Michael Brashear and 

Deborah Stayton,  Individually 

and AS Representatives of the 

Estate of Patrick Brashear, AND 

Bernardo Diaz,  Individually and 

AS Representative of the Estate 

of JaUn Diaz,

                                                                      Appellants

 v.

 

Ellis County, Texas,

                                                                      Appellee

 

 

 



From the 40th District Court

Ellis County, Texas

Trial Court No. 66466

 



o r d e r










 

           Appellee’s motion for rehearing is
denied.  The opinion and judgment dated April, 6 2005 are withdrawn, and the
opinion and judgment of even date herewith are substituted therefor.

PER CURIAM

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Order issued and filed
September 14, 2005

[CR25]